FILED
2010 NOV -3 PM 12: 32
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

FILED
2010 NOV -3 PM 12: 32
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

3: 10 CR 463

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>BRANDON M. ROBINSON )<br>aka "B-Money" )<br>)<br>ANNIESHA N. WHITT )<br>aka "Buttercup" )<br>Defendants. ) | SECRET INDICTMENT<br><br>Case No. 3:10CR463<br><br>ZOUHARY/KNEPP<br><br>Title 18, Sections 1591(a)(1) and (b)(2), and 2423(a), United States Code |

Count 1

The Grand Jury charges:

From on or about June 12, 2009, and continuing to on or about June 23, 2009, in the Northern District of Ohio, and elsewhere, the defendants BRANDON M. ROBINSON, aka "B-Money", and ANNIESHA N. WHITT, aka "Buttercup", did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide and obtain, by any means, a minor under the age of 18, namely, "C.B.", knowingly and in reckless disregard of the fact that

2

"C.B" had not attained the age of 18 and that "C.B." would be caused to engage in a commercial sex act.

All in violation of Title 18, Sections 1591(a)(1) and (b)(2), United States Code.

Count 2

The Grand Jury further charges:

Between June 12, 2009, and June 23, 2009, in the Northern District of Ohio, and elsewhere, the defendants BRANDON M. ROBINSON, aka "B-Money" and ANNIESHA N. WHITT, aka "Buttercup", did knowingly transport a minor, namely "C.B.", in interstate commerce, that is, from Toledo, Ohio, to in and around Monroe, Michigan, with the intent that "C.B." engage in prostitution and in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, Section 2423(a).

A TRUE BILL.

Original document – Signatures on file with the Clerk of courts, pursuant to the E-Government Act of 2002.